UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRY WAYNE HASS, #72012, § <br> § <br> *Petitioner,* § <br> § <br> v. § <br> § <br> KAUFMAN COUNTY SHERIFF § <br> DEPARTMENT, et al., § <br> *Respondents.* § | Civil Action No. 3:23-CV-2032-X-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 10). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 2nd day of January, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1